1044

[No. 7384-2-I. Division One. April 7, 1980.]

THE CITY OF BELLEVUE, *Respondent,* v. HELEN
MARIE WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86494, David W. Soukup, J., entered January
18, 1979. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Callow, C.J., and Swanson, J.

[No. 7438-5-I. Division One. April 7, 1980.]

ROBERT KELLER, *Appellant,* v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 849877, William C. Goodloe, J., entered March
1, 1979. *Dismissed* by unpublished per curiam opinion.

[No. 7454-7-I. Division One. April 7, 1980.]

DAVID P. EVANS, *Respondent,* v. EVELYN
B. McCALL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 845210, Frank H. Roberts, Jr., J., entered
February 8, 1979. *Reversed* and *remanded* by unpublished
opinion per Dore, J., concurred in by Callow, C.J., and
Andersen, J.

[No. 7501-2-I. Division One. April 7, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN
L. WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88816, Stephen M. Reilly, J., entered March
29, 1979. *Affirmed* by unpublished opinion per James,
A.C.J., concurred in by Andersen and Durham-Divelbiss,
JJ.